10/4/22, 5:08 PM
Elizabeth Abdnour Law Mail - Schools' obligations after receiving notice of a potential title IX violation
Case 2:22-cv-12364-SJM-EAS ECF No. 1-2, PageID.51 Filed 10/04/22 Page 1 of 2



**Elizabeth Abdnour <elizabeth@abdnour.com>**

## Schools' obligations after receiving notice of a potential title IX violation

**Travis Comstock** <tcomstock@gmhlaw.com>  Fri, Jul 22, 2022 at 3:07 PM
To: Elizabeth Abdnour <elizabeth@abdnour.com>

Yeah, was looking at couple of sites about this. It piqued my curiosity. Title IX is not my specialty, so my comment was simply what my client rep told me. Probably in error to make it sound definitive when I was unsure myself.

**Travis Comstock**
Giarmarco, Mullins & Horton, P.C.
Tenth Floor Columbia Center
101 West Big Beaver Road
Troy, Michigan  48084-5280
Phone: (248) 457-7036
Fax: (248) 404-6311
Email: tcomstock@gmhlaw.com
www.gmhlaw.com

*Confidential:  This electronic message and all contents contain information from the law firm of Giarmarco, Mullins & Horton, P.C. which may be privileged, confidential or otherwise protected from disclosure.  Any recipient other than the intended recipient is hereby notified that any disclosure, copy, distribution or use of the contents of this message or any attachments is strictly prohibited.  If you have received this electronic message in error, please notify us immediately by reply e-mail or by phone and destroy the original message, attachments and all copies.*

**From:** Elizabeth Abdnour <elizabeth@abdnour.com>
**Sent:** Friday, July 22, 2022 3:05 PM
**To:** Travis Comstock <tcomstock@gmhlaw.com>
**Subject:** Schools' obligations after receiving notice of a potential title IX violation

https://www.law.cornell.edu/cfr/text/34/106.44

A recipient with actual knowledge of sexual harassment in an education program or activity of the recipient against a person in the United States, must respond promptly in a manner that is not deliberately indifferent. A recipient is deliberately indifferent only if its response to sexual harassment is clearly unreasonable in light of the known circumstances. For the purposes of this section, §§ 106.30, and 106.45, "education program or activity" includes locations, events, or circumstances over which the recipient exercised substantial control over both the respondent and the context in which the sexual harassment occurs, and also includes any building owned or controlled by a student organization that is officially recognized by a postsecondary institution. A recipient's response must treat complainants and respondents equitably by offering supportive measures as defined in § 106.30 to a complainant, and by following a grievance process that complies with § 106.45 before the imposition of any disciplinary sanctions or other actions that are not supportive measures as defined in § 106.30, against a respondent. **The Title IX Coordinator must promptly contact the complainant to discuss the availability of supportive measures as**

10/4/22, 5:08 PM    Elizabeth Abdnour Law Mail - Schools' obligation after receiving notice of a potential Title IX violation

Case 2:22-cv-12364-SJM-EAS   ECF No. 1-2, PageID.52   Filed 10/04/22   Page 2 of 2

defined in **§ 106.30**, consider the **complainant**'s wishes with respect to **supportive measures**, inform the **complainant** of the availability of **supportive measures** with or without the filing of a **formal complaint**, and explain to the **complainant** the process for filing a **formal complaint**.

--



**Elizabeth Abdnour**

Attorney at Law
Pronouns: she/her/hers

elizabeth@abdnour.com

P: (517) 292-0067 | F: (517) 709-7700

Elizabeth Abdnour Law, PLLC | www.abdnour.com
1100 W. Saginaw St., Ste. 4A-2
Lansing, MI 48915

NOTICE: This email and any attachments are confidential and may be protected by one or more legal privileges. It is intended solely for the use of the intended addressee. If you are not the intended recipient, any use, disclosure, copying or distribution of this email is unauthorized. Nothing in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message. If you have received this email in error, please immediately notify the sender by calling (517) 292-0067 and delete this email from your computer.