UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GT,

                          Case No. 2:22-cv-12364

           Plaintiff,

                          HONORABLE STEPHEN J. MURPHY, III

v.

WALLED LAKE CONSOLIDATED
SCHOOL DISTRICT, et al.,

           Defendants.

_____/

## ORDER REFERRING PARTIES TO MEDIATION

In a joint status report, the parties noted that they were open to resolving the case through mediation. ECF 10, PgID 174. The Court will therefore refer the parties to mediation with Mr. Patrick Seyferth.[1] The mediation must occur no later than February 24, 2023.

**WHEREFORE**, it is hereby **ORDERED** that the Court **REFERS** the case to Mr. Patrick Seyferth for mediation and settlement discussions and **ORDERS** the parties to proceed in compliance with Local Rule 16.4. The mediation and settlement discussions must occur **no later than February 24, 2023**. The parties must contact Mr. Seyferth and provide him with a copy of this order as soon as practicable and must **NOTIFY** the Court of the date of the mediation session once it is scheduled.

---

[1] Patrick Seyferth is a private attorney and founding member of the firm Bush Seyferth, PLLC. He can be reached at (248) 822-7802 and at Seyferth@bsplaw.com.

1

**IT IS FURTHER ORDERED** that Mr. Seyferth must **NOTIFY** the Court within seven days of completion of the mediation, "stating only the date of completion, who participated, whether settlement was reached, and whether further [alternative dispute resolution] proceedings are contemplated." E.D. Mich. L.R. 16.4(e)(6). If a settlement is reached, the parties must **NOTIFY** the Court immediately upon completion of the mediation and must **SUBMIT** a proposed order of dismissal within 21 days. *Id*. at 16.4(e)(7). If a settlement is not reached, the parties must **NOTIFY** the Court within five days of the completion of the mediation.

**WHEREFORE**, it is hereby **ORDERED** that the Court **REFERS** the parties to mediation with Mr. Patrick Seyferth.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: January 23, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 23, 2023, by electronic and/or ordinary mail.

s/ David P. Parker
Case Manager