UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GT,

                Plaintiff,

v.

WALLED LAKE CONSOLIDATED
SCHOOL DISTRICT, et al.,

                Defendants.
                                              /

Case No. 2:22-cv-12364

HONORABLE STEPHEN J. MURPHY, III

## **CASE MANAGEMENT ORDER**

The Court referred the parties to mediation with Mr. Patrick Seyferth. ECF 12. Mr. Seyferth informed the Court's chambers that the parties were amenable to continued mediation and recommended extending the mediation deadline until March 31, 2023. The Court will therefore extend the mediation deadline until March 31, 2023 and order the parties to proceed in accordance with Local Rule 16.4. The Court will also stay discovery pending the completion of mediation.

**WHEREFORE**, it is hereby **ORDERED** that the mediation deadline is **EXTENDED** until **March 31, 2023**.

**IT IS FURTHER ORDERED** that discovery is **STAYED** until the completion of mediation proceedings.

**SO ORDERED.**

                                                s/ Stephen J. Murphy, III
                                                STEPHEN J. MURPHY, III
                                                United States District Judge

Dated: February 27, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 27, 2023, by electronic and/or ordinary mail.

                                                s/ David P. Parker
                                                Case Manager