UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GT,

    Plaintiff,

Case No. 2:22-cv-12364

HONORABLE STEPHEN J. MURPHY, III

v.

WALLED LAKE CONSOLIDATED
SCHOOL DISTRICT, et al.,

    Defendants.

_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Mr. Patrick Seyferth, the Court appointed mediator, informed the Court's chambers that the parties have reached a preliminary settlement agreement. Because of the settlement, there is no longer a case or controversy before the Court. The Court will therefore dismiss the case without prejudice and require the parties to file closing documents dismissing the case with prejudice no later than June 12, 2023. The Court will retain jurisdiction to resolve any disputes over settlement matters, including reopening the case if the settlement ultimately fails. The Court is most appreciative of the parties' efforts to resolve the case and to keep the Court informed of developments.

**WHEREFORE**, it is hereby **ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE**.

1

2

**IT IS FURTHER ORDERED** that the Parties must **FILE** their closing documents dismissing the case with prejudice **no later than June 12, 2023**.

**SO ORDERED.**

                                                  s/ Stephen J. Murphy, III
                                                  STEPHEN J. MURPHY, III
                                                  United States District Judge

Dated: April 25, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 25, 2023, by electronic and/or ordinary mail.

                                                  s/ David P. Parker
                                                  Case Manager