MIE (Rev.08/2020) Notice of Change of Address

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

          Plaintiff(s),                         Case No. _____

v.                                              Judge _____

          Defendant(s).
_____/

**NOTICE OF CHANGE OF ADDRESS**

Pursuant to Local Rule 11.2, I, _____, notify the Court that my address has changed as listed below:

**Old Address**

Street Address: _____

City, State, Zip Code: _____

Phone Number: _____

**New Address**

Street Address: _____

City, State, Zip Code: _____

Phone Number: _____

Note: If you have more than one case, you must file a notice of change of address in each case.

Date: _____

_____
Signature

_____
Printed Name