UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GT,

          Plaintiff,

v.

WALLED LAKE CONSOLIDATED
SCHOOL DISTRICT, et al.,

          Defendants.

_____/

Case No. 2:22-cv-12364

HON. STEPHEN J. MURPHY, III
MAG. ELIZABETH A. STAFFORD

## **MOTION TO EXTEND DEADLINE TO FILE CLOSING DOCUMENTS**

Plaintiff G.T. and Defendant WALLED LAKE CONSOLIDATED SCHOOL DISTRICT, et al., joint move to request an extension to the date to file closing papers, and in support state as follows:

1. The parties reached a settlement of the asserted claims on or about April 27, 2023.

2. The agreement requires that the settlement be approved by the state probate court given that the plaintiff is a minor.

3. Counsel for plaintiff has engaged counsel to present the agreement to the probate court.

4. Probate counsel had initiated a case in the Oakland County Probate Court and an initial hearing is set for June 21, 2023. (Exhibit 1, Notice of Hearing).

5. This initial hearing is not to have the state court review and approve the settlement itself but is limited to the appointment of a conservator for the minor plaintiff. Another hearing will need to be schedule for the approval of the settlement.

6. The parties have been diligently moving this process forward but need additional time given the state court's scheduling.

7. Thus, the parties request that the deadline to submit closing documents be extended by 60 days.

Respectfully Submitted,

/s/ Elizabeth K. Abdnour (P78203)
ELIZABETH ABDNOUR LAW, PLLC
500 E. Michigan Ave., Ste. 130
Lansing, MI 48912
Telephone: (517) 292-0067
Fax: (517) 709-7700
elizabeth@abdnour.com
Dated: June 12, 2023


/s/ Travis Comstock
TRAVIS M. COMSTOCK (P72025)
GIARMARCO, MULLINS & HORTON, P.C.
*Attorneys for Defendants*
101 W. Big Beaver Road, 10th Floor
Troy, MI 48084-5280
(248) 457-7020
tcomstock@gmhlaw.com
Dated: June 12, 2023

2