UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| G.T., as Parent and Legal Guardian of Jane Doe, a minor<br><br>Plaintiff,<br><br>v.<br><br>WALLED LAKE CONSOLIDATED SCHOOL DISTRICT, et al.,<br><br>Defendants. | Case No. 2:22-cv-12364<br><br>Hon. Stephen J. Murphy, III<br>Mag. Elizabeth A. Stafford |

_____

## **STIPULATION TO DISMISS WITH PREJUDICE**

NOW COME Plaintiff G.T., on her own behalf and on behalf of her minor child, Jane Doe, and Defendants Walled Lake Consolidated School District, Michael Lonze, Nicholas Russo, Michelle Kalhorn, Kelly Smith, Kathren O'Brien, and Julianne Young, by and through their counsel, to notify this Court that they have entered into a written settlement agreement that resolves all issues pending in this matter. The Parties also stipulate to entry of the attached proposed order dismissing Plaintiff's Amended Complaint in the above-captioned matter with prejudice and fully and finally terminating this matter.

By: *s/Elizabeth K. Abdnour*  
    Elizabeth K. Abdnour (P78203)  
    Attorney for Plaintiff

Dated: August 7, 2023

By: *s/Travis M. Comstock w/ permission*  
    Travis M. Comstock (P72025)  
    Attorney for Defendant

Dated: August 7, 2023

## **STIPULATED ORDER OF DIMISSAL WITH PREJUDICE**

At a session of said Court, held in the United States District Court, Eastern District of Michigan, On _____, 20__.

PRESENT:  HONORABLE STEPHEN J. MURPHY, III
United States District Court Judge

Upon the agreement of the parties hereto and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that any and all of Plaintiff G.T.'s claims as to all Defendants in the above-entitled matter are dismissed with prejudice and without costs to any of the parties hereto.

This is a final order and resolves all outstanding claims in this matter.

_____
HONORABLE STEPHEN J. MURPHY, III
United States District Court Judge

Approved for entry:

*s/Elizabeth K. Abdnour*
ELIZABETH K. ABDNOUR (P78203)
Attorney for Plaintiff

*s/Travis M. Comstock w/ permission*
TRAVIS M. COMSTOCK (P72025)
Attorney for Defendant