UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GT,

Plaintiff,

v.

Case No. 22-12364
Honorable Stephen J. Murphy, III

WALLED LAKE CONSOLIDATED
SCHOOL DISTRICT, et al.

Defendant.

_____/

## ORDER STRIKING STIPULATION AND
## ORDER TO DISMISS WITH PREJUDICE

On August 7, 2023, Plaintiff's counsel filed a Stipulation and

Order to Dismiss with Prejudice (ECF No. 17). Pursuant to the E.D.

Mich. Local Electronic Case Filing (ECF) Rule 12(a), a proposed

stipulation and order must be submitted as a Word document to the

judge to whom the case is assigned, via the link located under the

Utilities section of the ECF system. The stipulation at issue is not in

compliance with the rule.

**IT IS ORDERED** that the Stipulation and Order to Dismiss

with Prejudice (ECF No. 17) is **STRICKEN**.

                                    s/Stephen J. Murphy, III
                                    STEPHEN J. MURPHY, III
                                    U.S. DISTRICT JUDGE

Dated: October 3, 2023