UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GT,

                              Case No. 2:22-cv-12364
            Plaintiff,

                              HONORABLE STEPHEN J. MURPHY, III
v.

WALLED LAKE CONSOLIDATED
SCHOOL DISTRICT, et al.,

            Defendants.
_____/

## STIPULATED ORDER DISMISSING CASE WITH PREJUDICE

**NOW COME** Plaintiff G.T., on her own behalf and on behalf of her minor child,

Jane Doe, and Defendants Walled Lake Consolidated School District, Michael Lonze,

Nicholas Russo, Michelle Kalhorn, Kelly Smith, Kathren O'Brien, and Julianne

Young, by and through their counsel, to notify this Court that they have entered into

a written settlement agreement that resolves all issues pending in this matter. The

Parties also stipulate to entry of the attached proposed order dismissing Plaintiff's

Amended Complaint in the above-captioned matter with prejudice and fully and

finally terminating this matter.

**SO ORDERED.**

                              s/ Stephen J. Murphy, III
                              STEPHEN J. MURPHY, III
                              United States District Judge

Dated: October 4, 2023

1

/s/Elizabeth K. Abdnour (P78203)
Attorney for Plaintiff

Dated: August 7, 2023

/s/Travis M. Comstock (P72025)
Attorney for Defendant

Dated: August 7, 2023